## SCHEDULE OF ASSETS

Fill out the following list of assets. The term "market value" means what you would be able to sell the asset for if you have to sell it immediately. Where applicable, please include the date purchased.

| Description | Date purchased | Market Value |
|---|---|---|
| Cash on Hand | 3-11-05 | 100.00 |
| Bank Accounts | ONE | |
| Name of Bank | FIFTH THIRD | |
| Account Number | 579-0616l | |
| | | |
| Security Deposits | 1 | $850.00 |
| Landlord Name | Patrick Murchie | |
| Address | E. 55th | |
| City, St, Zip | Berea, Ohio 44017 | |
| | | |
| Furniture | — | — |
| Television | 10-12-03 | $150.00 |
| Dining Room Set | — | — |
| Bedroom Furniture | — | — |

| | | |
|---|---|---|
| Washer | No | |
| Dryer | No | |
| Stove | No | |
| Refrigerator | No | |
| Books, Pictures, Collectibles | Ironworker picture | $20.00 |
| Wearing apparel | Jeans, shirts, shoes | @ $500.00 |
| Furs, Jewelry (Wedding Rings) | Wedding ring | @ $100.00 |
| Firearms, sports/hobby equipment | No | |
| Interest in insurance policies (please provide name of company) | No | |
| Annuities | yes | @ $3,000.00 |
| Pension, Profit Sharing Plans | yes | @ $40,000.00 |
| Stocks | No | |
| Interest in Partnerships | NO | |
| Government/Corporate Bonds | NO | |
| Accounts Receivable | No | |
| Alimony, support, property settlements | Child Support | @ $137.35 wk. |
| Equitable or future interests, life estates, and rights or powers exercisable for the | NO | |

| | | |
|---|---|---|
| benefit of the debtor other than those listed in Schedule of Realty Property | No | |
| Contingent and non contingent interests in estate of a decedent, death benefit plan, life insurance policy or trust | No | |
| Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor and rights to setoff claims | No | |
| Intellectual Property | No | |
| Licenses, franchises | No | |
| Vehicles (please indicate make, year and name on title and if under lease) | 99' YAMAHA R6 Justin Riley | $2,000 |
| Boats, motors and accessories | No | |
| Aircraft and accessories | No | |
| Office equipment, furnishings and supplies | No | |
| Machinery, fixtures, equipment and supplies used in business | No | |
| Inventory | No | |
| Animals | No | |
| Crops | No | |
| Farming equipment | No | |

| | | |
|---|---|---|
| Farm supplies, chemicals and feed | No | |
| Other personal property of any kind not already listed. (please itemize) | No | |

| Creditors, Address, City, State, Zip, and Account Number | Type of Debt | Date Debt Incurred | Balance Due | Names of Persons Who Signed on this Debt |
|---|---|---|---|---|
| Citi Financial<br>P.O. Box 360606<br>4482-0011<br>Strongsville OH<br>Act# 6072-0908-2131 | Secured Loan | 3/2001 | 4,243 | Myself & Nicole Riley |
| Acc# 01 74510 49723 6<br>Columbus OH 43240-2149<br>P.O. Box 182149<br>Sears Premier Card | Credit Card | 4/2001 | 1,297.87 | Myself |
| Acc# 02 868623 2756 2<br>Columbus OH 43216-0555<br>P.O. Box 555<br>Sears Hps | Credit Card | 6/2001 | 1,142.00 | Myself |

| Creditor, Address, City, State, Zip and ACCOUNT NUMBER | TYPE OF DEBT | DATE DEBT INCURRED | BALANCE DUE | NAMES OF PERSONS WHO SIGNED ON THIS DEBT |
|---|---|---|---|---|
| Beneficial<br>P.O. Box 10640<br>Virginia Beach, VA 23450-0640<br>Acc# 6517080051621? | INSTALLMENT Acc | 4/2002 | 2,003 | Myself |
| Capital One Bank<br>———<br>Acc# 4791241S | CREDIT CARD | 5/2003 | 4,107 | Myself |
| Irwin Home Equity<br>P.O. Box 5029<br>San Ramon, Ca. 94583-0929<br>Acc# 8001127122 | Credit Line, Secured | 3/2001 | 11,000 | Myself |

| Creditor, Address, City, State, Zip and ACCOUNT NUMBER | TYPE OF DEBT | DATE DEBT INCURRED | BALANCE DUE | NAMES OF PERSONS WHO SIGNED ON THIS DEBT |
|---|---|---|---|---|
| Columbia Gas OH<br>P.O Box 1601847<br>Louisville KY 40290-1847<br>1435645002 6 | Utilities | 5/01/2002 | $664 | Myself |
| Kaufmanns<br>P.O. Box 94934<br>Cleveland, OH 44101-4934<br>Acc# 58-577-913-5 | Credit Card | 3/01/2002 | $440 | Myself |
| JC Penney<br>P.O. Box Orlando FL<br>zip = 32890-0005<br>Acc# 196-338-701-21 | Credit Card | 7/01/2002 | $588 | Myself |

| Creditor, Address, City, State, Zip and ACCOUNT NUMBER | TYPE OF DEBT | DATE DEBT INCURRED | BALANCE DUE | NAMES OF PERSONS WHO SIGNED ON THIS DEBT |
|---|---|---|---|---|
| Best Buy / Bank One | | | | |
| GE Capital Consumer Card Co PO Box 9001557 Louisville, KY 0060 9459 Acc# 6034 548 1900- | CREDIT CARD | Nov, 1995 | $1118 | Myself |
| FNANB Circuit City PO Box 42364 Richmond VA 23242 Acc# 1523 0031 5043 7051 | CREDIT CARD | Oct, 1995 | $926 | Myself |
| CBSDNA Assoc/Citibank Acc# 5424 1801 | CREDIT CARD | 8/2001 | $2,815.00 | Myself |

| CREDITOR, Address, City, State, Zip and Account Number | TYPE OF DEBT | DATE DEBT Incurred | Balance Due | NAMES OF PERSONS WHO SIGNED ON THIS DEBT |
|---|---|---|---|---|
| CHASE / SHELL<br>P.O. Box 15583<br>Wilmington DE 19886-1194<br>Acc# 5369 9332 6038 4413 | CREDIT CARD | 11/99 | 2,896 ≈ | Myself |
| Ford Motor Credit<br>P.O. Box 17948<br>Greenville, SC 29606-7948<br>Acc# 4WN114FJ67 | Auto Loan | Jan, 1996 | 9,273 ≈ | Nicole Riley & Myself |
| Portfolio Recovery / AFIL<br>—<br>—<br>Acc# 1745/049 | Collection | Apr, 2003 | 1,676 ≈ | Myself |