UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO

To: Dean Boland

Date: May 27, 2005

**Notice of Filing Deficiency**

In Re:  Justin Riley                               Case No: 05-17526 Voluntary Petition filed 5/26/05

Pursuant to Bankruptcy rule 5005 the original of the document attached has been accepted for filing, however, further action is indicated below is required.

[  ] Certificate of mailing indicating parties served and date of service must be filed.

[  ] Original signature(s) of  [  ] attorney,  [  ] debtor,  [  ] creditor must be supplied.

[  ] Case is closed.  You must re-open the case by submitting a motion, order and filing fee of $155.

[X  ] Other: The following error were made upon case filing.   1.) Attorney did not indicate deficiencies.  2) Attorney did not upload creditor matrix. The court has edited the docket text to indicate: Schedules, A, C, D, E, F, G, H, I , J, Statement of Intent are missing and due by 6/10/05.   Regarding Doc. #2 your office filed, the amendment to schedules, the main doc. (1st 6 pages) are blank.  The attachments to this amendment appear to be schedule B and the Statement of Financial affairs, which were already filed.   The list of assets attached, which also contain a list of debts, must be filed on the proper schedules.  This event has been marked as "Entered in Error."  This pleading is to be re-filed to attached all copies.   You can visit the court's website at: www.ohnb.uscourt.gov  Go to filer information.  From there you can review the courts local rules regarding requirements and forms.    You can also obtain copies of the Official bankruptcy Forms.

The missing pleadings from this petition are due by 6/10/05.  The creditor matrix must be uploaded within 3 days.  The amendment is to be re-file to make sure to attach all copies.

**THIS DOCUMENT MUST BE CORRECTED WITHIN 5 BUSINESS DAYS FROM THE DATE OF THIS NOTICE OR THE MATTER MAY BE REFERRED TO THE JUDGE FOR FURTHER CONSIDERATION.**

*

I certify that this notice was sent to Dean Boland via BNC/Electronically.

May 27, 2005                                                              /s/K.Lamuth
                                                                          _____
                                                                          Deputy Clerk