# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF OHIO

To: Dean Boland

Date: May 27, 2005

**Notice of Filing Deficiency**

In Re:   Justin Riley                                            Case No: 05-17526 Voluntary Petition filed 5/26/05

Pursuant to Bankruptcy rule 5005 the original of the document attached has been accepted for filing, however, further action is indicated below is required.

[  ] Certificate of mailing indicating parties served and date of service must be filed.

[  ] Original signature(s) of  [  ] attorney,  [  ] debtor,  [  ] creditor must be supplied.

[  ] Case is closed.  You must re-open the case by submitting a motion, order and filing fee of $155.

[X  ] Other: The following error were made upon case filing.   1.) Attorney did not indicate deficiencies.  2) Attorney did not upload creditor matrix. The court has edited the docket text to indicate: Schedules, A, C, D, E, F, G, H, I , J, Statement of Intent are missing and due by 6/10/05.   Regarding Doc. #2 your office filed, the amendment to schedules, the main doc. (1st 6 pages) are blank.  The attachments to this amendment appear to be schedule B and the Statement of Financial affairs, which were already filed.   The list of assets attached, which also contain a list of debts, must be filed on the proper schedules.  This event has been marked as "Entered in Error."  This pleading is to be re-filed to attached all copies.   You can visit the court's website at: www.ohnb.uscourt.gov  Go to filer information.  From there you can review the courts local rules regarding requirements and forms.    You can also obtain copies of the Official bankruptcy Forms.

The missing pleadings from this petition are due by 6/10/05.  The creditor matrix must be uploaded within 3 days.  The amendment is to be re-file to make sure to attach all copies.

**THIS DOCUMENT MUST BE CORRECTED WITHIN 5 BUSINESS DAYS FROM THE DATE OF THIS NOTICE OR THE MATTER MAY BE REFERRED TO THE JUDGE FOR FURTHER CONSIDERATION.**

                                                                *

I certify that this notice was sent to Dean Boland via BNC/Electronically.


May 27, 2005                                                               /s/K.Lamuth
                                                                           _____
                                                                           Deputy Clerk

```
District/off: 0647-1        User: klamu            Page 1 of 1            Date Rcvd: May 27, 2005
Case: 05-17526              Form ID: pdf754        Total Served: 1

The following entities were served by first class mail on May 29, 2005.
aty        +Dean Boland,   18123 Sloane Ave.,   Lakewood, OH 44107-3107

The following entities were served by electronic transmission.
NONE.                                                                                    TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.**

**First Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: May 29, 2005**              Signature:       *Joseph Speetjens*