UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

In re: Justin Allen Riley            Case No: 05-17526

Chapter 7 Case
Judge: Randolph Baxter

Debtor(s).

**ORDER ON DEBTOR(S)**
**TO APPEAR AND SHOW CAUSE**

It appearing to the Court that the Debtor(s) failed to:

____ file a plan within the time required by Bankruptcy Rule 3015.

____ file schedules and statements as required by 11 U.S.C. § 521(1) within the time required by Bankruptcy Rule 1007(c).

__X__ pay electronic filing fee of $209.00..

____ appear at the meeting(s) of creditors required by 11 U.S.C. § 341.

__X__ Upload Creditor Matrix

    WHEREFORE, counsel for the Debtor(s) is ordered to appear at a hearing scheduled for June 7, 2005 at 9:00 a.m., Courtroom 3004, Key Tower - 30th Floor, 127 Public Square, Cleveland, Ohio 44114, and show cause why this case should not be dismissed for the failure(s) described above. In addition to counsel, Debtor(s) is/are ordered to appear personally where this order is entered based on a failure to pay the filing fee or to appear at the meeting of creditors.

                                      ENTERED PURSUANT TO ADMINISTRATIVE
                                      ORDER NO. 03-4: KENNETH J. HIRZ,
                                      CLERK OF COURT
                                              /s/K.Lamuth
                                    By:_____
                                              Deputy Clerk

Served the following parties via BNC/Electronically.

                                        $209.00 electronic fee due 5/29/05
                                        Creditor Matrix due to be uploaded
                                        by 5/31/05

By: K. Lamuth

Date: __6/1/05_____