UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

In re: Justin Allen Riley  Case No: 05-17526

Chapter 7 Case
Judge: Randolph Baxter

Debtor(s).

**ORDER ON DEBTOR(S)**
**TO APPEAR AND SHOW CAUSE**

It appearing to the Court that the Debtor(s) failed to:

_____ file a plan within the time required by Bankruptcy Rule 3015.

_____ file schedules and statements as required by 11 U.S.C. § 521(1) within the time required by Bankruptcy Rule 1007(c).

__X__ pay electronic filing fee of $209.00..

_____ appear at the meeting(s) of creditors required by 11 U.S.C. § 341.

__X__ Upload Creditor Matrix

WHEREFORE, counsel for the Debtor(s) is ordered to appear at a hearing scheduled for June 7, 2005 at 9:00 a.m., Courtroom 3004, Key Tower - 30th Floor, 127 Public Square, Cleveland, Ohio 44114, and show cause why this case should not be dismissed for the failure(s) described above. In addition to counsel, Debtor(s) is/are ordered to appear personally where this order is entered based on a failure to pay the filing fee or to appear at the meeting of creditors.

ENTERED PURSUANT TO ADMINISTRATIVE
ORDER NO. 03-4: KENNETH J. HIRZ,
CLERK OF COURT
/s/K.Lamuth
By:_____
Deputy Clerk

Served the following parties via BNC/Electronically.

$209.00 electronic fee due 5/29/05
Creditor Matrix due to be uploaded
by 5/31/05

By: K. Lamuth

Date:__6/1/05_____

**BAE SYSTEMS**
**Enterprise Systems Incorporated**
**11487 Sunset Hills Road**
**Reston, Virginia 20190-5234**

# CERTIFICATE OF SERVICE

```
District/off: 0647-1        User: klamu           Page 1 of 1            Date Rcvd: Jun 01, 2005
Case: 05-17526              Form ID: pdf755       Total Served: 3
```

The following entities were served by first class mail on Jun 03, 2005.
```
db      +Justin Allen Riley,    45 West Street,    Berea, O    44017-2325
aty     +Dean Boland,   18123 Sloane Ave.,    Lakewood, OH 44107-3107
tr      +Marvin A Sicherman,    1100 Ohio Savings Plaza,    1801 East 9th Street,    Cleveland, OH 44114-3107
```

The following entities were served by electronic transmission.
NONE.                                                                                         TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.

First Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jun 03, 2005                        Signature:  _Joseph Speetjens_