UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| In Re: | ) | Case No. 05-17526-BAX |
| | ) | |
| RILEY, JUSTIN ALLEN | ) | Chapter 7 |
| | ) | |
| Debtor(s). | ) | Judge: RANDOLPH BAXTER |
| | ) | |

## MINUTES OF MEETING OF CREDITORS

Date of 341 Meeting:    June 30, 2005                           Time:        3:30 PM

Debtor(s)' Attorney:    DEAN BOLAND

Examination Conducted by:
    Interim Trustee:    Marvin A. Sicherman            ( X )
    Elected Trustee:    _____    (  )    Disputed?  (  )
    Other:    _____    (  )

### Results of Meeting:

| | |
|---|---|
| Held    ( X ) | Not Held    (  ) |
| Concluded    ( X ) | Debtor Failed to Appear    (  ) |
| Continued    (  ) | Attorney Failed to Appear    (  ) |
| Date: _____ | Rescheduled:  yes (  )  no    (  ) |
| Time: _____ | At §341 (  ) Prior to §341 (  ) |

Date: _____
Time: _____

Address Changed to:

_____

Motion to Dismiss to Follow  (  )

_____

Address Correct  (  )        Other:  See Comments: (  )
                                        707(b) Review:

| Case Determined to be: | | | | | |
|---|---|---|---|---|---|
| | Asset | (  ) | No Action Required | (  ) | |
| | No-asset | ( X ) | Recommend UST Action | (  ) | |
| | Undetermined | (  ) | (see below/letter to follow) | | |

Creditors Present:
    Creditor                Representative                Address & Phone

_____

_____

_____

Comments:

_____

_____

/s/ Marvin A. Sicherman
Panel Trustee