UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| In Re: | ) | Case No. 05-17526-BAX |
| | ) | |
| RILEY, JUSTIN ALLEN | ) | Chapter 7 |
| | ) | |
| Debtor(s). | ) | Judge: RANDOLPH BAXTER |

## REPORT OF TRUSTEE IN NO-ASSET CASE

I, MARVIN A. SICHERMAN, having been appointed trustee of the estate of the above-named debtor(s), report that I have neither received any property nor paid any money on account of this estate except exempt property; that I have made a diligent inquiry into the financial affairs of the debtor(s) and the location of property belonging to the estate; and that there is no property available for distribution from the estate over and above that exempted by law.

Pursuant to FRBP 5009, I hereby certify that the estate of the above-named debtor(s) has been fully administered.

I request that this report be approved, and that I be discharged from any further duties as trustee.

DATED: July 5, 2005         /s/ Marvin A. Sicherman
                            MARVIN A. SICHERMAN, TRUSTEE