Northern District Of Ohio
United States Bankruptcy Court
201 Superior Avenue
Cleveland, OH 44114−1235

**Case No. 05−17526−rb**

**In re:**
Justin Allen Riley
45 West Street
Berea, O 44017

**Social Security No.:**
xxx−xx−1857

# FINAL DECREE

The Court, in reliance upon the certification of the case trustee, finds that the estate of the debtor(s) has been fully administered.

☐ The deposit required by the Plan has been distributed.

**It is therefore Ordered that:**

☑ Marvin A Sicherman is discharged as Trustee of the estate of the debtor and any bond required by 11 U.S.C. section 322 is cancelled.

☑ The Chapter 7 case of the debtor(s) is closed; and

☐ Other provisions as needed.

**Dated:** August 31, 2005  /s/ Randolph Baxter
Form ohnb136  United States Bankruptcy Judge